# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00433-CV

**In re Cedric Bernard Walton**

### ORIGINAL PROCEEDING FROM MILAM COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   July 18, 2014